IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action No. 7:20-cv-767 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| JEFFREY L. PERSINGER, and | )      United States District Judge |
| MELISSA H. PERSINGER, | ) |
| | ) |
|    Defendants. | ) |

**ORDER AND FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that the United States of America's motion for summary judgment (Dkt. No. 15) is GRANTED. The clerk is directed to enter judgment in favor of the United States against Jeffrey Persinger in the amount of $202,092.73, plus statutory additions and interest that have accrued since January 4, 2021, and against Melissa Persinger in the amount of $202,098.91, plus statutory additions and interest that have accrued since January 4, 2021. The clerk is directed to strike this case from the active docket of this court.

The clerk shall provide a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: January 26, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge